NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000119
02-APR-2013
09:24 AM**

NO. CAAP-12-0000119

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

EMERSON M.F. JOU, M.D.,
Plaintiff-Appellant,
v.
K. KENNETH SIU, An Individual,
aka KING-SAU KENNETH SIU,
Defendant-Appellee,
and
JOHN AND JANE DOES 1-10, DOE PARTNERSHIPS,
DOE CORPORATIONS, AND DOE ENTITIES 1-50,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 09-1-2758-11)

ORDER DENYING PLAINTIFF-APPELLANT'S
MOTION FOR PARTIAL RECONSIDERATION
(By:  Foley, Presiding J., Leonard and Ginoza, JJ.)

Upon consideration of "Plaintiff-Appellant Emerson M.F. Jou, M.D.'s Motion for Partial Reconsideration of Memorandum Opinion Filed March 22, 2013" filed on March 25, 2013, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaii, April 2, 2013.


Presiding Judge


Associate Judge


Associate Judge